*143*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT - 1 1996

Michael N. Milby
Clerk of Court

REBECCA GARCIA, INDIVIDUALLY    )
AND AS NEXT FRIEND OF           )
STEPHANIE RENEE GARCIA, a Minor )
                                )   CIVIL ACTION NUMBER
VS.                             )
                                )   M-95-340
CONOCO, INC., ET AL             )

ORDER TO TRANSFER VENUE

On the 17th day of June, 1996 came on to be heard a Motion to Transfer Venue urged by all remaining Defendants in the above-referenced case. The Court, without objection from the Plaintiffs and after reviewing the pleadings on file and hearing the arguments of counsel, was of the opinion that for the convenience of the parties and witnesses and in the interest of justice said Motion should be granted and that this case should be transferred to the San Antonio Division of the Western District of Texas for the reasons stated on the record. It is, therefore,

ORDERED, ADJUDGED and DECREED that the above-referenced case shall be transferred to the San Antonio Division of the United States District Court for the Western District of Texas.

The Clerk shall send a copy of this Order to Transfer Venue to counsel for the parties.

DONE on this _30th_ day of September, 1996, at McAllen, Texas.

Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE